## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:24-cr-00267-SEP |
| ) | |
| WILLIAM SAWYER, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Suppress, Doc. [45], which was referred to United States Magistrate Judge Noelle Collins for review pursuant to 28 U.S.C. § 636(b). Having considered Judge Collins's Report and Recommendation in light of the parties' briefing, Docs. [45], [56], [75], [81], and the transcript of the evidentiary hearing held on June 3, 2025, Doc. [70], and noting the absence of any objection to the R&R,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Noelle Collins, Doc. [85], filed September 8, 2025, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress, Doc. [45], is **DENIED.**

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, November 3, 2025, at 9:00 AM.

Dated this 17th day of October, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE